IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEO LAWLESS,

        Plaintiff,                    No. CIV S-06-1041 LKK KJM P

    vs.

SALINAS VALLEY STATE PRISON,

        Defendant.              ORDER

                                  /

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's May 19, 2006 request for
2 the appointment of counsel is denied.
3 DATED: June 5, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

10 1/mp
    lawl1041.31