IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEO LAWLESS,

      Plaintiff,                        No. CIV S-06-1041 LKK KJM P

    vs.

SALINAS VALLEY STATE PRISON,

      Defendant.                ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint and an application to proceed in forma pauperis as directed by the court's order of May 18, 2006. Good cause appearing, plaintiff will be granted sixty days within which to comply with the court's May 18, 2006 order. No further extensions of time will be granted.

        Plaintiff also asks that the court direct officials at plaintiff's place of incarceration to provide plaintiff with preferred law library access. Plaintiff has not shown why this is necessary. Therefore, this request will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 19, 2006 request for an extension of time is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint and in forma pauperis application;

1          3. Plaintiff's request for an order directing officials at plaintiff's prison to grant
2  plaintiff preferred access to the prison law library is denied.
3  DATED: August 28, 2006.

                           _____
                           UNITED STATES MAGISTRATE JUDGE

1/mp
lawl1041.36