IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEO LAWLESS,

      Plaintiff,                      No. CIV S-06-1041 LKK KJM P

    vs.

SALINAS VALLEY STATE PRISON,

      Defendant.                FINDINGS & RECOMMENDATIONS

                                /

        By order filed August 29, 2006, plaintiff was granted sixty days leave to file an amended complaint and application to proceed in forma pauperis. The sixty day period has now expired, and plaintiff has not filed an amended complaint, application to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  November 15, 2006.

4  _____
   U.S. MAGISTRATE JUDGE

6  /mp
   lawl1041.ftafifp